February 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROLAND JAMES DIXON, Appellant

NO. 14-11-01077-CR
NO. 14-11-01078-CR                                V.

THE STATE OF TEXAS, Appellee
_____

This cause was heard on the transcript of the records of the court below. The records indicate that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.